AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br><br>VPRART, LLC, Erin Gilbert and Patrick Gilbert,<br>Individually and as Natural Parents and Guardians of<br>their Minor Children, F.G., H.G., and P.G.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:21-CV-21312-BB<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Erin Gilbert
6792 Canaan RDG
Kingshill, VI 00850-9918
St. Croix County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rory Eric Jurman, Esq.
Peter J. Lewis, Esq
Livia Viera, Esq.
Hinshaw & Culbertson, LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Apr 16, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY )<br><br>*Plaintiff(s)*<br>v.<br>VPRART, LLC, Erin Gilbert and Patrick Gilbert,<br>Individually and as Natural Parents and Guardians of<br>their Minor Children, F.G., H.G., and P.G.<br>*Defendant(s)* | Civil Action No. 1:21-CV-21312-BB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Patrick Gilbert
6792 Canaan RDG
Kingshill, VI 00850-9918
St. Croix County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rory Eric Jurman, Esq.
Peter J. Lewis, Esq
Livia Viera, Esq.
Hinshaw & Culbertson, LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 16, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| ADMIRAL INSURANCE COMPANY | ) |
| --- | --- |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 1:21-CV-21312-BB |
| VPRART, LLC, Erin Gilbert and Patrick Gilbert, Individually and as Natural Parents and Guardians of their Minor Children, F.G., H.G., and P.G. | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VPRART, LLC
Registered Agent
Kevin Tellado
5600 NW 72nd Ave, # 668132
Miami, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rory Eric Jurman, Esq.
Peter J. Lewis, Esq
Livia Viera, Esq.
Hinshaw & Culbertson, LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 16, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts