# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:21-CV-21312-BB

Plaintiff:
**ADMIRAL INSURANCE COMPANY,**
vs.
Defendant:
**VPRART, LLC, Erin Gilbert and Patrick Gilbert, Individually and as Natural Parents and Guardians of their Minor Childres, F.G., H.G., and P.G.,**

For: Rory Eric Jurman, Esq

FTR2021001374

Received by First Response Process Corp. on the 16th day of April, 2021 at 5:09 pm to be served on ERIN GILBERT, 6792 CANAAN RDG, KINGSHILL, VI 00850-9918. I, _Darwin Dowling_, being duly sworn, depose and say that on the _16th_ day of _April_, 20_21_ at _4:40_ _p_.m., executed service by delivering a true copy of the **Summons In A Civil Action and Amended Complaint For Declaratory Relief With Exhibits A-D** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(✓) SUBSTITUTE SERVICE: By serving _Patrick Gilbert_ as _Husband_

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or (✓) No   If yes, what branch? _____

Marital Status: (✓) Married or ( ) Single   Name of Spouse _Patrick Gilbert_

COMMENTS: _Served through Patrick Gilbert (Husband) @ #29 Little Buntain, Kingshill, St. Croix, US-Virgin Islands (Residential Address)_

Age _40s_ Sex (M) F Race _CAU_ Height _5'10"_ Weight _170_ Hair _Blo_ Glasses Y (N)

## AFFIDAVIT OF SERVICE For 1:21-CV-21312-BB

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the ___ day of _____, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
EILEEN DES JARDINS
Notary Public #NP-282-19
My Commission Expires: 11/08/23
St. Croix, U.S. Virgin Islands

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

First Response Process Corp.
P.O. Box 17431
Ft. Lauderdale, FL 33318
(954) 802-6884

Our Job Serial Number: 2021001374

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1w

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br><br> VPRART, LLC, Erin Gilbert and Patrick Gilbert, Individually and as Natural Parents and Guardians of their Minor Children, F.G., H.G., and P.G. <br><br> *Defendant(s)* | Civil Action No. 1:21-CV-21312-BB |

SERVED: *Patrick Gilbert spouse*
DATE: 4-26-21  TIME: 4:40 pm
BY: *Darwin Dowling*  ID: N/A

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Erin Gilbert
6792 Canaan RDG
Kingshill, VI 00850-9918
St. Croix County

*29 Little Fountain*
*Kingshill, St Croix*
*U.S. Virgin Islands*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rory Eric Jurman, Esq.
Peter J. Lewis, Esq
Livia Viera, Esq.
Hinshaw & Culbertson, LLP
One East Broward Blvd., Suite 1010
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 16, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts

1374